UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE CZARNIONKA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE EPOCH TIMES ASSOCIATION, INC.,<br><br>Defendant. | Civil Action No: 1:22-CV-06348-AKH<br><br>**JOINT STIPULATION AND ORDER TO MODIFY TIME FOR MAY 8, 2023 SETTLEMENT MEETING** |

Plaintiff Lawrence Czarnionka ("Plaintiff"), and Defendant The Epoch Times Association, Inc. ("Defendant") (together, "the Parties"), stipulate, and request that the Court order pursuant to their stipulation, as follows:

WHEREAS, on January 17, 2023, the Court entered a Civil Case Management Plan that also serves as a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure (the "Order"). *See* Dkt. 42.

WHEREAS, the Order states that the Parties "shall meet for at least two hours to discuss settlement" on May 8, 2023 at 10 a.m. "at a place to determined."

WHEREAS, after meeting and conferring, the Parties have agreed that, to ensure maximum participation, they should: (1) meet on May 8, 2023 at 2 p.m. Central Daylight Time ("CT") and (2) permit certain attorneys to participate by Zoom or another agreed upon communications platform.[1]

---

[1] At least one attorney representing Plaintiff and one representing Defendant will meet in person, with other attorneys joining that in-person meeting by Zoom or another agreed upon communications platform.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their counsel, subject to the Court's approval, that:

1.     The Parties will meet for a settlement conference on May 8, 2023 at 2 p.m. CT, with certain participants appearing via Zoom or another agreed upon communications platform.

Dated: April 26, 2023                              Respectfully submitted,


By:  */s/ Douglas I. Cuthbertson*
Douglas I. Cuthbertson
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

Michael W. Sobol
msobol@lchb.com
Ian R. Bensberg
ibensberg@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph Henry (Hank) Bates, III
hbates@cbplaw.com
Lee Lowther
llowther@cbplaw.com
Courtney E. Ross
cross@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

Gary M. Klinger
gklinger@milberg.com

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone:  866.252.0878
Facsimile:  202.686.2877

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
Edwin Eliu Elliot
Edwine@Shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
Facsimile:  786-623-0915

*Attorneys for Plaintiff Lawrence Czarnionka*

By:   */s/ Brian Pete*
        Brian Pete, Esq.
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        77 Water Street, Suite 2100
        New York, New York 10005
        Tel: 212.232.1363
        Fax: 212.232.1399
        Brian.pete@lweisbrispois.com

        Bryan P. Sugar, Esq.
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        550 W. Adams Street, Suite 300
        Chicago, IL 60661
        Tel: 303.861.7760
        Fax: 303.861.7767
        Bryan.Sugar@lewisprisbois.com

        Christopher H. Wood, Esq.
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        1700 Lincoln Street, Suite 4000
        Denver, Colorado 80203
        Tel: 312.345.1718
        Fax: 312.345.1778
        Christopher.wood@lewisprisbois.com

        *Counsel for Defendant The Epoch Times Association, Inc.*

**ORDER MODIFYING TIME FOR MAY 8, 2023 SETTLEMENT MEETING**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:

April 28, 2023                                   /s/ Alvin Hellerstein
_____                          _____
                                                 Hon. Alvin K. Hellerstein
                                                 United States District Judge