



The conf. is adjourned
from 6/30/23 to
7/28/23, 10:00 am.
6-28-23
/s/ AKHellerstein

June 26, 2023

**VIA ECF AND FAX**

Hon. Alvin K. Hellerstein, S.U.S.D.J.
Southern District of New York
United States Courthouse, Room 1050
500 Pearl St., New York, NY 10007
Fax: 212-805-7942

Re: *Lawrence Czarnionka v. The Epoch Times Association, Inc.*
S.D.N.Y. Case No. 1:22-cv-06348-AKH

**Request for Adjournment of Status Conference**

Dear Judge Hellerstein:

We represent the Plaintiff in the above-captioned action. In light of the parties' mediation set for July 6, 2023, and to conserve the Court's and parties' resources, we respectfully request the Status Conference currently set for June 30, 2023, be adjourned until after the parties' mediation. The parties will note in their joint post-mediation status report their views on whether a status conference is necessary in light of the progress in the mediation. Consistent with Dkt. 63, the parties joint post-mediation status report will be submitted by July 13, 2023. Defendant consents to this request.

Thank you for your consideration and attention to this matter.

Sincerely,

*/s/ Lee Lowther*

Lee Lowther of
CARNEY BATES & PULLIAM PLLC

cc: All counsel of record (via ECF)

519 W. 7th St. | Little Rock, AR 72201
p. 501-312-8500 | f. 501-312-8505 | tf. 888-551-9944
www.cbplaw.com