UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LAWRENCE CZARNIONKA et al.,                                    :
                                                               :   **ORDER**
                                    PlaintiffS,                :
        v.                                                     :   22 Civ. 6348 (AKH)
                                                               :
THE EPOCH TIMES ASSOCIATION, INC.,                             :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 45 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

    SO ORDERED.

Dated:    July 14, 2023                                              /s/ Alvin K. Hellerstein
              New York, New York                            ALVIN K. HELLERSTEIN
                                                           United States District Judge