

Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

October 11, 2023

Hon. Alvin K. Hellerstein, S.U.S.D.J.
Southern District of New York
United States Courthouse, Room 1050
500 Pearl Street
New York, NY 1007

      Re:   *Lawrence Czarnionka v. The Epoch Times Associates, Inc.*
            S.D.N.Y. Case No. 1:22-cv-06348-AKH

Dear Judge Hellerstein:

On September 11, 2023, Plaintiff submitted his unopposed preliminary approval papers. *See* Dkts. 73-75. This filing included a proposed Preliminary Approval Order attached as Exhibit A to the settlement agreement (*see* Dkt.75-1), but Plaintiff did not expressly direct the court to the proposed order. For the court's convenience, please see attached as Exhibit A the proposed Preliminary Approval Order previously submitted as Exhibit A to the Settlement Agreement.

The Parties can also submit the proposed Preliminary Approval Order to the Court electronically as a Word document, if instructed to do so.

Very truly yours,

*Gary M. Klinger*

Gary M. Klinger