UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                                                             :
LAWRENCE CZARNIONKA, individually and   :
on behalf of all others similarly situated,           :      **ORDER**
                                                                                                             :
                                                                            Plaintiff,   :      22 Civ. 6348 (AKH)
                   -against-                                                      :
                                                                                            :
THE EPOCH TIMES ASSOCIATION, INC.,   :
                                                                                             :
                                                                  Defendants.  :
                                                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties shall appear for a conference before the Court on November 30, 2023 at 10:30 a.m. to discuss the proposed settlement agreement. The parties should jointly prepare and submit a list of attorneys appearing on the record to the Court by November 29, 2023.

       SO ORDERED.

Dated:      November 21, 2023                  _____/s/ Alvin K. Hellerstein_____
                New York, New York                    ALVIN K. HELLERSTEIN
                                                                       United States District Judge