**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

November 29, 2023

Douglas I. Cuthbertson
Partner
dcuthbertson@lchb.com

**VIA ECF**

The Hon. Alvin K. Hellerstein
United States Courthouse
Room 1050
500 Pearl St.
New York, NY 10007-1312

      RE:    *Czarnionka v. The Epoch Times Ass'n, Inc.*, Case No. 1:22-cv-06348-AKH

Your Honor:

On behalf of all parties, the following attorneys will appear on the record at the November 30, 2023 conference to discuss the proposed settlement agreement:

1. Douglas I. Cuthbertson, Lieff Cabraser Heimann & Bernstein, LLP, on behalf of Plaintiff and the putative class; and

2. Christopher H. Wood, Lewis Brisbois Bisgaard & Smith, LLP, on behalf of Defendant.

Very truly yours,

Douglas I. Cuthbertson