UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
LAWRENCE CZARNIONKA, individually and :
on behalf of all others similarly situated, : **SCHEDULING ORDER**
:
Plaintiff, : 22 Civ. 6348 (AKH)
-against- :
:
THE EPOCH TIMES ASSOCIATION, INC., :
:
Defendants. :
:
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference for preliminary review of the proposed settlement agreement will be continued until January 22, 2024 at 10:30 a.m. The parties shall submit a modified version of the agreement, with the changes proposed at today's discussion, ahead of the conference.

SO ORDERED.

Dated:  November 30, 2023          __/s/ Alvin K. Hellerstein_____
        New York, New York             ALVIN K. HELLERSTEIN
                                       United States District Judge

1