IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE CZARNIONKA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>THE EPOCH TIMES ASSOCIATION, INC.,<br><br>Defendant. | Civil Action No.: 1:22-CV-06348-AKH |

**NOTICE OF UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"), the Amended Settlement Agreement (the "Settlement" or "Settlement Agreement") (ECF No. 86), and this Court's Preliminary Approval Order (ECF No. 91), Plaintiff Lawrence Czarnionka ("Plaintiff") respectfully requests that this Court grant final approval of the Settlement of the above-referenced action (the "Action"). More specifically, Plaintiff hereby moves this Court to enter an order: (i) granting final approval of the Settlement as fair, reasonable, and adequate; (ii) certifying the Settlement Class; and (iii) finding that the Notice Program as set forth in Section 9 of the Settlement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c), is reasonable and provided due, adequate, and sufficient notice.

Defendant The Epoch Times Association, Inc. does not oppose the Motion for Final Approval. This motion is based on the accompanying memoranda of points and authorities; the

2999815.1

Settlement Agreement (ECF No. 86); the Joint Declaration of Douglas Cuthbertson and Hank Bates filed in support of Plaintiff's Unopposed Motion for Preliminary Approval (ECF No. 75); the Declaration of Jeanne C. Finegan of Kroll Settlement Admin. in Connection with Final Approval of Settlement filed herewith; the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

| | |
|---|---|
| Dated: May 14, 2024 | Respectfully submitted, |
| | */s/ Andrew J. Shamis* |
| | Andrew J. Shamis (5195185) |
| | ashamis@shamisgentile.com |
| | Edwin E. Elliott (pro hac vice) |
| | edwine@shamisgentile.com |
| | **SHAMIS & GENTILE, P.A.** |
| | 14 NE 1st Avenue, Suite 705 |
| | Miami, FL 33132 |
| | (305) 479-2299 |
| | |
| | Douglas I. Cuthbertson (pro hac vice) |
| | dcuthbertson@lchb.com |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 250 Hudson Street, 8th Floor |
| | New York, NY 10013 |
| | Telephone: (212) 355-9500 |
| | Facsimile: (212) 355-9592 |
| | |
| | Michael W. Sobol (SBN 194857) |
| | msobol@lchb.com |
| | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |

Hank Bates (SBN 167688)
hbates@cbplaw.com
Lee Lowther (pro hac vice)
llowther@cbplaw.com
Courtney E. Ross (pro hac vice)
cross@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
(501) 312-8500
(501) 312-8505

Gary Klinger (pro hac vice)
gklinger@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

*Attorneys for Plaintiff Lawrence Czarnionka*
*and the Proposed Class*