UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                            :
LAWRENCE CZARNIONKA, individually and  :
on behalf of all others similarly situated,    :       **SCHEDULING ORDER**
                            :
                      Plaintiff,  :       22 Civ. 6348 (AKH)
           -against-          :
                            :
THE EPOCH TIMES ASSOCIATION, INC.,   :
                            :
                   Defendants.  :
                            :
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Due to a pending criminal trial, the final settlement approval conference is adjourned to

June 17, 2024 at 9:30 a.m.

       SO ORDERED.

Dated:      5/23/24            ___/s/ Alvin K. Hellerstein_____
            New York, New York       ALVIN K. HELLERSTEIN
                           United States District Judge