UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
LAWRENCE CZARNIONKA,                                           :
                                                               :  **SCHEDULING ORDER**
                                            Plaintiff(s),      :
                                                               :  22 Civ. 6348 (AKH)
        -against-                                              :
                                                               :
EPOCH TIMES ASSOCIATION, INC.,                                 :
                                                               :
                                            Defendant(s).      :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The final settlement approval conference previously scheduled for June 17, 2024, at 9:30 a.m. is hereby adjourned.

       The parties are hereby ordered to appear for a final settlement approval conference on July 9, 2024, at 2:30 p.m. to be held in Courtroom 14D, 500 Pearl Street, NY, NY 10007.

       Finally, no later than July 2, 2024 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   June 11, 2024                    /s/Alvin K. Hellerstein, U.S.D.J.
         New York, New York               ALVIN K. HELLERSTEIN
                                          United States District Judge