

Brian Pete
77 Water Street, Suite 2100
New York, New York 1005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

> The request is granted. Ahead of the conference, the Court will provide all counsel with a Teams link that Mr. Sugar will use to access the courtroom virtually.
>
> SO ORDERED.
>
> Dated: 6/18/24  /s/ Alvin K. Hellerstein
> New York, New York  ALVIN K. HELLERSTEIN
> UNITED STATES DISTRICT JUDGE

June 18, 2024

**VIA ECF AND FAX**

Hon. Alvin K. Hellerstein, S.U.S.D.J.
Southern District of New York
United States Courthouse, Room 1050
500 Pearl St., New York, NY 10007
Fax: 212-805-7942

    Re:   *Lawrence Czarnionka v. The Epoch Times Association, Inc.*
           S.D.N.Y. Case No. 1:22-cv-06348-AKH

Dear Judge Hellerstein:

    We represent the Defendant in the above-captioned action. The final conference related to this Court's review of the parties' proposed settlement agreement is scheduled for July 10, 2024 (ECF Dk. No. 103). I write to request permission for my partner Bryan P. Sugar, resident in our Chicago office, to attend the conference via telephone to further ensure that all questions raised by the Court can be properly addressed. Mr. Sugar is admitted *pro hac vice* in this matter (ECF Dkt. No. 37). Mr. Sugar was previously granted permission by this Court to participate remotely at the last in-person conference (ECF Dkt. No. 90). Another attorney for Defendants will be present in person.

    Thank you for your attention to this matter.

           Sincerely,

           */s/ Brian Pete*

           Brian Pete of
           LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All counsel of record (*via ECF*)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

140694602.1